UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DELBERT H. REIDT,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

CASE NO. C04-2512C

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 31) of the Court's order denying his motion to reopen cases (Dkt. No. 30). Despite many attempts, Plaintiff has not shown that the Court manifestly erred in dismissing this case *in its entirety* and with prejudice on March 4, 2005. (*See* Dkt. No. 20.) Moreover, Plaintiff has had ample opportunity to convince the Ninth Circuit that the Court's dismissal order did not dispose of all of his claims.

    In its previous minute order, the Court directed the Clerk to strike any further motions filed in this case. Plaintiff's present motion offers no reason to revoke those directions. Accordingly, the Court

MINUTE ORDER – 1

1  DENIES Plaintiff's motion for reconsideration and again DIRECTS the Clerk to STRIKE any additional
2  motions filed by Plaintiff in this closed case.
3      DATED this 31st day of May, 2006.
4                                          BRUCE RIFKIN, Clerk of Court

6                                          By   /s/ *C. Ledesma*
                                                Deputy Clerk

26  MINUTE ORDER – 2